```
                              United States Bankruptcy Court
                              Western District of Washington
```

In re:                                                      Case No. 13-20573-CMA
Erika Pirzadeh                                              Chapter 7
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0981-2         User: sharona          Page 1 of 1           Date Rcvd: Nov 04, 2015
                             Form ID: pdf           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2015.
db            #+Erika Pirzadeh,    1250 Alki Ave SW Unit B,    Seattle, WA 98116-1829
cr             +Harwood Condominium Owners Association,    c/o Condominium Law Group PLLC,   10310 Aurora Ave N,
                 Seattle, WA 98133-9228
cr             +THE BANK OF NEW YORK MELLON,    c/o ROBINSON TAIT, P.S.,    710 Second Avenue, Suite 710,
                 Seattle, WA 98104-1724
954823089      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
954823090      +Bank of New York Mellon,    8742 S Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
954823092      +Cindy Gwinn,    2241 E. Cambridge Ave,    Phoenix, AZ 85006-1321
954823094      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
954823095      +Harwood Condominium,    c/o Condominium Law Group,    10310 Aurora Ave N,
                 Seattle, WA 98133-9228
954823099      +Specialized Loan Servicing LLC,    8742 S. Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
955566474       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
954823088      +E-mail/Text: ally@ebn.phinsolutions.com Nov 05 2015 00:14:27     Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,   Roseville, MN 55113-0004
954823091      +E-mail/Text: ecf@becu.org Nov 05 2015 00:15:34     Boeing Employee Credit Union,   Po Box 97050,
                 Attn: Bankruptcy, MS 1155-1,    Seattle, WA 98124-9750
954823096      +E-mail/Text: bnc@nordstrom.com Nov 05 2015 00:14:33     Nordstrom,   P.O. Box 79134,
                 Phoenix, AZ 85062-9134
954823097      +E-mail/Text: bnc@nordstrom.com Nov 05 2015 00:14:33     Nordstrom FSB,
                 Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
954823098      +E-mail/Text: egssupportservices@egscorp.com Nov 05 2015 00:15:05     Osi Collection Service,
                 507 Prudential Dr.,    Horsham, PA 19044-2308
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
954823093*     +Cindy Gwinn,    2241 E. Cambridge Ave.,   Phoenix, AZ 85006-1321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2015 at the address(es) listed below:
              Lisa M. McMahon-Myhran    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               lmcmahon@robinsontait.com,
               ncarson@robinsontait.com;ssears@robinsontait.com;ssevier@robinsontait.com;hbrooks@robinsontait.com
              Ronald G. Brown    rgblaw@nwlink.com, rgbrown@ecf.epiqsystems.com
              Susan Chang    on behalf of Debtor Erika   Pirzadeh suzychang76@hotmail.com
              Thomas J Coy    on behalf of Creditor    Harwood Condominium Owners Association thomas@condolaw.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 5

The Honorable Christopher M. Alston
Chapter 7
Hearing Location: Courtroom 7206, Seattle
Hearing Date: December 4, 2015
Hearing Time: 9:30 a.m.
Response Date: November 27, 2015

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

ERIKA PIRZADEH

　　　　　　　　　　　　　　Debtor,

Chapter 7
No. 13-20573

NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CLAIMS AND ALLOWING AND DISALLOWING CLAIMS

TO: Debtor, Creditors, and Other Interested Parties

And to: Clerk of the Court

YOU ARE HEREBY GIVEN NOTICE that the Chapter 7 Trustee's Motion for Order Authorizing Settlement of Claims and Allowing and Disallowing Claims, which is available through the Clerk of the Court for review via ECF or Pacer, will be heard by the court as follows:

JUDGE: Christopher M. Alston　　TIME: 9:30 a.m.
PLACE: Courtroom 7206　　　　　　DATE: December 4, 2015
　　　　U.S. Courthouse
　　　　700 Stewart Street
　　　　Seattle, WA 98101

**The proposed order is based on a claims register prepared by the Clerk of the Court. If a claim is not listed on the proposed order, the trustee has not been informed by the Clerk that such claim has been properly filed with the Court. Unless a claimant asserting an unlisted claim submits evidence to the trustee prior to the time of hearing that its claim has been properly filed, such claim will not be allowed or paid. No claim may be allowed by the trustee unless the claim is properly documented.**

NOTICE OF HEARING - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

<u>Objections/Responses</u>

Any responses or objections to the motion must be in writing, with the original filed with the Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Street, Seattle, Washington 98101, prior to the response date which is November 27, 2015. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103, 700 Stewart Street, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

DATED this 2nd day of November, 2015.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

NOTICE OF HEARING - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

Case 13-20573-CMA    Doc 29    Filed 11/06/15    Ent. 11/06/15 21:34:22    Pg. 3 of 3